UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN J. MILES, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-0441 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition is DENIED; it is

FURTHER ORDERED that any pending motions are DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED for lack of jurisdiction and is removed from the docket of this Court.  This is a final appealable Order.  See Rule 4(a), Fed. R. App. P.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 14, 2007

Copies to:

Kelvin J. Miles, 15786
MCI Hagerstown
18601 Roxbury Roard
Hagerstown, MD 21746

Petitioner


United States Attorney's Office
555 4th Street N.W.
Washington, D.C.  20001

Counsel for Respondents