In The United States District Court
For The District Of Columbia

Kelvin J. Miles

v.                    Case No. 1:07CV00441 (PLF)

United States

Hearing On
Motion For Bail Release Pending
Federal Collateral Review Attack
On Conviction And Appointment
Of Counsel

RECEIVED
MAR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pro se Petitioner Kelvin J. Miles
moves this court for motion for
Bail Release Pending Federal Col-
lateral Review Attack On
Conviction And Appointment
Of Counsel... in the above caption-
ed matter. See ARONSON v MAY, 85
S.Ct. 3 (1964).

Kelvin J. Miles #137867
MCIH
18601 Roxbury Road
Hagerstown Md. 21746

cc: U.S. Judge Paul L. Friedman

Certificate of Service
A copy of this motion was mailed
on 3-9-07 to U.S. Attorney's Office
of District of Columbia.

Kelvin J. Miles