In The United States District Court
For The District Of Columbia

Kelvin J. Miles
    v.                    Civil No. 1:07-CV00441
United States            PLF

RECEIVED
MAR 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion For Hearing And Amendment And Appointment Of Counsel On Petition For Writ of Habeas Corpus

Pro se Petitioner Kelvin J. Miles moves this Federal Court to file "Motion For Hearing And Amendment And Appointment of Counsel On Petition For Writ of Habeas Corpus" filed in the above captioned matter, pursuant Fed.R.Civ.P.

1. Petitioner amends that he filed a motion for leave to proceed to file amendment, supplemental pleadings and appointment counsel to direct appeal in the District of Columbia Court of Appeals dated 2-9-07 and sent a copy to U.S. Attorney's Office on the same date, Appeals No. 81-731 and 82-296, and the court of Appeals rejected the motion

(1)

for amendment, supplemental pleadings and appoint of counsel without reasons. See Attachment of aforementioned motion to D.C. Court of Appeals exhibit one - U.S. Attorney Office sent a copy on 2-9-07 Appeals No 81-731 and 82-294.

2. Petitioner amends every issue in the attached exhibit one filed in the District of Columbia Court of Appeals speedy trial violation, 6 amendment violation under U.S. Constitution to a fair and impartial jury trial, when Petitioner was found guilty of 1st degree burglary, when in fact no burglary happen or occurred and ineffective assistance of counsel, whom, represented Petitioner at trial and on direct appeal and post conviction. Please see exhibit one attached... please all issues in entirety.

Wherefore Petitioner's conviction was obtained in violation of the U.S. Constitution and the laws there of and the District of Columbia

(2)

Superior Court and Court of Appeals was and still is inadequate and ineffective to test legality of Petitioner's claims on direct appeal and motions filed thereafter... in the above captioned matter. Also, Petitioner recently received the citation pertaining to his direct appeal attached to his petition and motions herein on filed.

Wherefore, Petitioner prays that a hearing is held on this matter.

Kelvin J. Miles
MCI-H, #157867
~~[redacted]~~
18601 Roxbury Road
Hagerstown, Md. 21746

CC: U.S. Judge Paul L. Friedman

Certificate of Service

I Hereby Certify that a copy of this motion was mailed on 3-12-07 U.S. Attorney Washington D.C. 20001-

Kelvin J. Miles

(3)