RECEIVED
MAR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In The United States District Court
For The District Of Columbia
U.S. Judge Paul L. Friedman

Kelvin J. Miles

v.                    Civil Action No. 1:07CV00441

United States

## Motion For Temporary Restraining Order

Pro Se Petitioner, without counsel, Kelvin J. Miles moves this court for "Motion For Temporary Restraining Order" pursuant to Fed. R. Civ. P. 65(b), pertaining to petition for writ of Habeas Corpus 28 U.S.C. 2241 and 28 USC 2254 filed and stamped in this court dated 3-06-07 in the above captioned matter.

1. Petitioner ask the court to grant permanent restraining order because his conviction and sentence was obtained in violation of the United States Constitution which has caused irreparable injury that can't be compensated for, because the victim positively identified a dark skinned male and petitioner is light skinned male and see other issues herein on file in petition for writ of habeas corpus, amendments and exhibits in this court.

Wherefore, Petitioner ask the court to grant the restraining order releasing him from this District of Columbia

detainer which has been held on him since 1979 which is a complete miscarriage of justice and a fundamental defect in which the lower courts has inadequate and ineffective to test the legality of his detention in the above captioned matter to petition for writ of habeas corpus and amendments and exhibits. and if hearing is held request immediate appoint counsel since writ of habeas corpus is involved.

Petitioner further states that he is indigent and cannot give security on this motion for restraining order and ask to proceed in forma pauperis.

I declare under the penalty of perjury that the above statements are true and correct to the best of my knowledge.

Kelvin J. Miles #15786
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

I Hereby Certify that a copy of this motion was mailed on 3-19-07 to U.S. Attorney Office- at 555 4th Street N.W. Washington, D.C. 20001.

Kelvin J. Miles

(2)