UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KELVIN J. MILES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0441 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

Petitioner Kelvin J. Miles has filed a motion for a hearing on motion for bail release [4], a motion for amendment and appointment of counsel [5], and a motion for a temporary restraining order [6]. For the reasons set forth in the Memorandum Opinion and Order issued on March 14, 2007, concluding that this Court lacks jurisdiction over the petition and dismissing this action in its entirety, it is hereby

ORDERED that all pending motions in this action are DENIED, because the Court has no jurisdiction.

SO ORDERED.

                                                      /s/
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: March 22, 2007

Copies to:

Kelvin J. Miles, # 157867
MCI Hagerstown
18601 Roxbury Road
Hagerstown, MD 21746

<u>Petitioner</u>


United States Attorney's Office
Special Proceedings Section
555 4th Street N.W.
Washington, D.C.  20001

<u>Counsel for Respondents</u>