In The United States District Court
For The District Of Columbia

Honorable Paul L. Friedman

Kelvin J. Miles

v          Civil Action No. 07-0441

United States of America

Motion For New Trial And
Evidentiary Hearing And Alter or Amend

Pro se Petitioner, without counsel,
Kelvin J. Miles moves this court for
motion for new trial and evidentiary
hearing of the March 14, 2007 denial
of his pro se petition for writ of habeas
corpus and subsequent motions filed in the
above captioned matter, pursuant to Fed.
R. Civ. P. 59 (A) and (E).

1. Petitioner ask the court to renew peti-
tion and motions filed herein on file
for the following reasons: that Petitioner
states that his conviction and sentence was
obtained in violation of his due Process
rights and Equal Protections of the
laws under the 14th amendment
of The U.S. Constitution and that
his initial post motion was inadequate
and ineffective to test the legality
of his detention, when trial Judge
Fred B. Ugast presided ~~under~~ his
First post motion and when Frank

(1)

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Burgess trial Attorney represented Petitioner at trial, on first post motion 23-110 and on direct appeal. See Miles v United States, 483 A.2d at 652, see writ of habeas corpus exhibit one page 46 - that Judge U-Scot was trial, see motion for amendment and supplemental pleadings and exhibits that Frank Burgess was trial Counsel and aforementioned ~~no text~~ citation that both Judge Usott and Attorney

Frank Burgess were both presided and represented Petitioner at first post motion under D.C. Code 23-110, ~~all~~ motions herein on file. Also, Attorney Frank Burgess was petitioners representation on ~~appeal~~ direct appeal in which first post motion was consolidated with, which, the Court of Appeals denied first post motion without reason why. See writ and exhibit one page 48 herein on file in the above captioned matter.

    wherefore, Petitioner states that based on the above statements the District of Columbia Court system was inadequate to test the legality of his detention so this Court agree. wherefore petitioner prays that a hearing is held in this matter.

(2)

Kelvin J. Miller 137887
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

I Hereby Certify, that a copy of
this motion was mailed on 3-22-07
to U.S. Attorney Office - Special
Proceeding Section - 555 4th Street
N.W. Washington, D.C. 20006

Kelvin J. Miller

(3)