UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KELVIN J. MILES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0441 (PLF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

ORDER

Petitioner Kelvin J. Miles has filed a further "motion for new trial and evidentiary hearing and alter or amend" [8] with respect to this Court's March 14, 2007 denial of his petition. For the reasons set forth in the Memorandum Opinion and Order issued on March 14, 2007, concluding that this Court lacks jurisdiction over the petition and dismissing this action in its entirety, it is hereby

ORDERED that all pending motions in this action are DENIED, because the Court has no jurisdiction. Petitioner shall cease filing motions in this closed case.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 5, 2007

Copies to:

Kelvin J. Miles, # 157867
MCI Hagerstown
18601 Roxbury Road
Hagerstown, MD 21746

Petitioner


United States Attorney's Office
Special Proceedings Section
555 4th Street N.W.
Washington, D.C.  20001

Counsel for Respondents