IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



RECEIVED

JUL 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kelvin J. Miles

    v.

United States of America

Civil Action NO.07-0441
(PLF)

Amendment To Petition For Writ Of Habeas
Corpus, Motion For Appointment Of Counsel

    Petitioner Kelvin J. Miles moves this Court for motion for
amendment and appointment of counsel and to reopen temporary re-
straining order denied by this court on 3-22-07 in the above cap-
tioned matter.

    Petitioner states that he has been incarcerated by the
District of Columbia Superior Court and Court of Appeals since
1979 illegally in violation of the United States Constitution
and appointment of counsel appointed  by this Honorable Court
be in the interest of justice because complex case in the above
captioned matter. See 18U.S.C.-3006A(a)(2)(B)(1994)!see writ and
amendment filed dated to this court on 6-26-07 in above captioned.

    Petitioner states in his motion to amend dated to this court
on 6-26-07 page two-paragraph two, Petitioner states a error was
made he ment to state and correct that, two persons in the lineup
was identified but not petitioner.

    Petitioner stats reopening of his temporary restrainig or-
der would be in the interest of justice.

    Wherefore, petitioner prays that this amendment and mo-
tion is granted as the laws and justice requires.

Kelvin J. Miles
MCI-H, #157867
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of SEvice

I hereby certify, that a copy of this amendment and motion
was mailed on 7-2-07 to U.S. Attorney office
at 355 4th Street, N.W. Washington, D.C. 2000.
Kelvin J. Miles