In The United States District Court
For The District Of Columbia
(PLF)

Kelvin J. Miles
            v.                    Civil Action No. 07-0441
United States of America

RECEIVED
SEP 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Memorandum In Further Support To Motion To Vacate Judgment And Appointment Counsel To Petition For Writ of Habeas Corpus

Pro Se Petitioner Kelvin J. Miles moves this court for memorandum in further support motion to vacate judgment dated August 30, 2007 in the above captioned matter.

1. Petitioner states he is illegally incarcerated ~~of this state on~~ of his sentence and conviction (criminal trial No. F-5256-78 Superior Court) in violation of his United States Constitutional Rights due process because the lower courts were inadequate or ineffective to test the legality of his detention (See petition and exhibits identification especially herein on file in above caption) and petitioner would be prejudiced if bail, temporary restraining order and appointment of counsel is not granted in the above civil action because of complicated case,
(1)

and Petitioner has been incarcerated over 28 years in the State of Maryland because the parole commission and Maryland Courts refused to release him from conviction, sentence or grant parole because they beleive the District of Columbia conviction and sentence is valid.

Wherefore, Petitioner prays that this motion is granted

Kelvin J. Miles #157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

A copy of this motion and propose order was mailed prepaid on September 4, 2007 to U.S. Attorney Office — 555 4th Street, NW Washington D.C. 20001.

Kelvin J. Miles

(2)

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

KELVIN J. MILES               Civil Action NO.07-0441(PLF)
         V
UNITED STATES OF AMERICA

ORDER

Upon consideration of Petitioner's motion and memorandum in further support Fed. R.Civ. P. 60, bail and temporary restrianing order to petition for writ of habeas corpus, it is this \_\_\_\_\_ day of _____ 2007, by undersigned Judge of the United States District Court of the District of Columbia, Ordered, that Petitioner motion and memorandum to petition for writ of habeas corpus, bail and motion for temporary restraining order be and hereby granted, in the above captioned matter.

                                    _____
                                         U.S. Judge