IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kelvin J. Miles
v
United States of America

Civil Action NO.07-0441
(PLF)

Motion For Judgment On The Pleading

    Petitioner Kelvin J. Miles moves this Court for "Motion for Judgment on the Pleading" in the above captioned matter. This is pursuant to Fed.R.Civ.P. 12(c).

    Petitioner filed a motion for to vacate judgment to petition for writ of habeas corpus dated August 30,2007 and Petitioner ask the Court to accept said motion as an amendment to petitioner for writ of habeas corpus Pursuant to Fed.R.Civ.P. 15.

    Petitioner states the Court hold such pro se complaintiffs or petitions to less stringent standards than formal pleadings drafted by an attorney and liberally construe suchs compliants and petitions when determining wether the state acause of action. Petitioner ask this Honorable Court to apply this procedure in his case. Haines v Kerner, 404 U.S. 519, 520-21.

    Wherefore, Petitioner prays that this motion is granted as law and justice requires, becuse Petitioner has been denied due process and will be prejudice if this motion is not granted, becuyes of illegal incarceration.
See petition & exhibits
herein on file -above captioned-

Kelvin J. Miles, #157867
MCI-H, #157867
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

    A copy of this motion was mailed on 10-22-07 to U.S. Attorneys Office at 555 4th Street, N.W. washington, D.C. 20001.