March 28, 2007

Clerk's Office
U.S. District Court for the
District of Columbia
Washington, D.C. 20001

Re: Kelvin J. Miles v United States of America - Civil Action No. 07-0441 PLF
Notice of Appeal - Certificate of Appealability IN Forma Pauperis

Dear Clerk:

I request to file a notice of appeal, certificate of appealability of petition for writ of habeas corpus, motion for new trial and motion bail, amendment and appointment of counsel and temporary restraining order all in the above referenced civil matter.

Kelvin J. Miles, 157867
MCI-H
18601 Roxbury Road
Hagerstown, MD 21746

CC: U.S. Attorney

In The United States District Court
For The District Of Columbia

Kelvin J. Miles
  v.                          Civil Action No. 07-cv-441
United States of America      (PLF)

Memorandum In Support Of
Certificate Of Appealability
To Petition For Writ Of Habeas
Corpus

Pro Se Petitioner Kelvin J. Miles moves this U.S. District Court for "Memorandum In Support Of certificate Of Appealability To Petition For Writ Of Habeas Corpus denied on 3-14-07 in the above captioned matter. See Fed. R. Civ. P. 28 U.S.C. 2253(c)(1)(2000).

1. Petitioner asked for certificate of appealability that Trial Judge Fred B. Ugast presided at trial and first post conviction as well as, Trial Attorney Frank Burgess represented Petitioner at the first post conviction motion D.C. Code 23-110(s) and on direct appeal which prejudiced him, because both Trial Judge and Trial Counsel where at trial and at first post motion under DC Code 23-110(s) depriving Petitioner Miles of a fair, full complete hearing under first

RECEIVED
APR - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

motion to vacate conviction sentence in violation of due process rights and equal protection of the laws under ~~the D.C. codes under 23-110~~ United States Constitution pertaining to 6 amendments effective assistance of counsel and the 14th amendment. See Miles v United States, 483 A.2d 649 (D.C. 1984); See Miles v United States, 483 A.2d at 652. See Motion For New Trial and exhibits attached thereto herein on file in the above captioned matter

2. Petitioner ask for certificate of appealability and that his due process rights were violated when he ~~did~~ was deprived access to the courts in preparations of filing meaningful papers or persons trained in law to assist inmates to filing meaningful papers to this court because said library is inadequate and Petitioner is incarcerated in the state of Maryland and this is one of the reasons why this detainer has been lodged against Petitioner since 1979 because he do not know District of Columbia codes and laws... which prejudiced him. Bounds v Smith, 430 U.S. 817, 821, 28.

Wherefore, Petitioner prays that certificate of appealability is granted in the above captioned matter.

Kelvin J. Miles, 157867

(2)

MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

I hereby certify that a copy of this memorandum was mailed on 3-29-07 to U.S. Attorney Office - Special Proceedings Section - 555 4th Street, N.W. Washington, DC 20001.

Kelvin J. Miles

(3)