In The United States District Court
For The District Of Columbia

Kelvin J. Miles

v.                                Civil No. 07-CV-0441 PLF

United States of America

Motion For To Proceed In Forma Pauperis On Appeal

Pro Se Petitioner Kelvin J. Miles moves this Court for motion to proceed as forma pauperis on notice of appeal denied by this court in the above captioned matter.

1. Petitioner states that has no assets and meager funds from his $19.00 a month prison job.

I declare under the penalty of perjury that the above statement is true and correct to the best of my knowledge.

**RECEIVED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kelvin J. Miles, #157867
MCI-H
1801 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

A copy of this motion was mailed 12-6-07 to U.S. Attorney Office at 555 4th Street N.W. Washington, D.C. 20001.

Kelvin J. Miles