December 10, 2007

Chief Judge - United States District
Court for the District of Columbia
Washington, D.C. 20001

Re: Kelvin J. Miles v United States of
America - Civil Action No. 07-cv-0441 PLF

Dear Sir/Madam:

I wish to file certificate of appealability of the petition for writ of habeas corpus, exhibits, motion for leave to proceed file amendment and supplemental complaint herein on file in the above referenced civil action being appeal pertaining to the burglary and identification of the victim positively identifying someone else and respectfully request Judge Paul Friedman recusal himself from the above civil matter because I would be prejudiced in any future rulings in this case.

Sincerely,
Kelvin J. Miles, #157867
MCIH
1801 Roxbury Road
Hagerstown, Md. 21746

cc: U.S. Attorney Office