In The United States District Court
For The District Of Columbia

Kelvin J. Miles
    v.                    Civil Action 07cv-0441
United States of America

PLF

RECEIVED
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion For Appeal Bond Or Bail
And Affidavit And Appointment Of Counsel

Petitioner Kelvin J. Miles moves this Court for motion for appeal bond or Bail, Affidavit And Appointment of Counsel in the above caption matter and appeal No. <u>07-5390</u> pending in the <u>U.S. Court of Appeals</u> pursuant to Hilton Braunskill, 481 U.S. 770 and Aronson v May, 85 S. Ct. 3 (1964); see also, Calley v Callaway, 496 F.2d 701 (5th Cir. 1974).

1. Petitioner states that his appeal has merits to it because some one else was positively identified and there was no burglary in this case and that his trial counsel represented on initial 23-110 and on direct appeal. See petition and exhibits herein on file.

I declare under the penalty perjury that the above statements are true and correct to the best of my knowledge.

Kelvin J. Miles

Wherefore, Petitioner states that he has been incarcerated in the state of Maryland since 1979 and will not be a escape risk... and a hearing is held.

Kelvin J. Miles, #157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Services

I hereby certify, that a copy of this motion was mailed on 1-2-08 to U.S. Attorney Office - at 555 4th Street, N.W. Washington, D.C. 20006

Kelvin J. Miles