UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN J. MILES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0441 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

This matter is before the Court on an Order of the United States Court of Appeals for the District of Columbia Circuit, directing that this Court determine whether a certificate of appealability is warranted in this case. See Kelvin J. Miles v. United States of America, No. 07-5390, Order (D.C. Cir. December 20, 2007).

No appeal may be taken from a final order in a proceeding under Section 2255 unless petitioner receives a certificate of appealability from a circuit judge or justice or the district judge who rendered the judgment. See 28 U.S.C. § 2253(c)(1)(B); FED.R. APP.P. 22(b)(1). A certificate of appealability is appropriate only "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner meets this burden "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-el v. Cockrell, 537 U.S. 322, 327 (2003).

For the reasons stated in the Memorandum Opinion and Order issued on March 14, 2007, the Court finds that petitioner has not made such a showing. See also Smith v. Bledsoe, Case No. 04-5342, 2005 WL 583128 (D.C. Cir. March 11, 2005) ("'Jurists of reason would [not] find it debatable whether the [habeas] petition states a valid claim of the denial of a constitutional right' and 'whether the district court was correct in its procedural ruling.' Appellant may not challenge his District of Columbia conviction in federal court unless his remedy under D.C.Code § 23-110(g) is 'inadequate or ineffective[.]' The section 23-110 remedy is not considered inadequate or ineffective simply because the requested relief has been denied.") (internal citations omitted) (citing Slack v. McDaniel, 529 U.S. 473, 482 (2000); Blair-Bey v. Quick, 151 F.3d 1036, 1042-43 (D.C.Cir.1998); Garris v. Lindsay, 794 F.2d 722, 727 (D.C.Cir.), cert . denied, 479 U.S. 993 (1986)). Accordingly, it is hereby

ORDERED that petitioner's request for a certificate of appealability is DENIED; and it is

FURTHER ORDERED that the Clerk of the Court is directed to transmit this Order to the United States Court of Appeals for the District of Columbia.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 8, 2008