UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
KELVIN J. MILES,                    )
                                                )
       Plaintiff,                  )
                                                )
     v.                                  )      Civil Action No. 07-0441 (PLF)
                                                )
UNITED STATES OF AMERICA,  )
                                                )
       Defendant.               )
_____)

## ORDER

Plaintiff moves the Court to appoint counsel to represent him on appeal.[1] This Court has no authority to appoint counsel in proceedings before the United States Court of Appeals for the District of Columbia Circuit. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Appointment of Counsel and for Appeal Bond [20] is DENIED.

                                                      _____/s/_____
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge

DATE: February 20, 2008

---

[1] Plaintiff also asks for counsel "in the above caption matter" but this matter has been closed since March 14, 2007, which the Court dismissed it for lack of subject matter jurisdiction.