IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 1 3 2008

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Kelvin J. Miles

vs.

United States Of America        Civil Action No. 07cv441 *PLF*

Motion For Appeal Bond
And Motion For Recusal

Pro se Petitioner Kelvin J. Miles moves this court for
"motion for appeal bond and motion for recusal in the above cap_
tion matter. This motion is pursuant to Fed. R. Civ. P. et al.

1. Petitioner respectfuuly request appointment of counsel
to assist producing meritorius claim of his appeal this court in
this court of appeal no. 07-5390.

2. Petitioner asked Honorable Paul Freidman to recuse him-
self from this case and all future casae pertaining to Petitioner
~~because~~ because said u.s. judge didnot give timely appeal to pe-
titioner when filed in this court and that said judge may demon-
strate bias on this request fir appeal in the above captioned.

Wherefore, Petitioner prays that this motion is granted as
law and justice requires.

Kelvin J. Miles, #157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service

A copy of this motion was mailed on 5-12-08 to: U.S. Attor-
ney at 555 4th Street, N.W. Washington, D.C. 2000,

Kelvin J. Miles