UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KELVIN J. MILES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0441 (PLF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff filed a motion "for appeal bond and motion for recusal." Plaintiff requests that the Court appoint counsel to represent him on appeal. This Court has no authority to appoint counsel in proceedings before the United States Court of Appeals for the District of Columbia Circuit. Plaintiff also requests that the undersigned recuse himself from this decision. Because the Court does not have jurisdiction to appoint counsel for the proceedings in the court of appeals, the request for recusal is denied as moot. It is hereby

ORDERED that Plaintiff's motion [23] is DENIED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 8, 2008